UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

RODYZA S.A.I.C.,

    Plaintiff,

v.

                             Case No. 08-CV-522

ALKAR-RAPIDPAK, INC.,

    Defendant.

---

### ORDER FOR DISMISSAL

---

Based upon the Notice of Dismissal filed in this matter,

IT IS HEREBY ORDERED that the Complaint, and all claims and causes of action stated therein, are herby dismissed, with prejudice, and without costs to any party without further notice.

Dated this 30th day of January, 2009.

                                            BY THE COURT:

                                           /s/ Barbara B. Crabb

                                           ~~Honorable Stephen L. Crocker~~
                                           District Court ~~Magistrate Judge~~ District Judge

3445258_1